Oral Deposition of Courtney Douglass

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

— — —

ELISA BROOKS-CUNNINGHAM     :   CIVIL ACTION NO.
COURTNEY DOUGLASS, on       :   2:12-ev-1524-JHS
behalf of themselves and    :
all others similarly        :
situated,                   :
            Plaintiffs   :
                      :
vs.                      :
                      :
ER SOLUTIONS, INC.,       :
Defendant             :

— — —

Oral deposition of COURTNEY DOUGLASS,

taken pursuant to notice, in the Law Offices of FLITTER

LORENZ, P.C., 450 North Narberth Avenue, Narberth,

Pennsylvania, on Friday, September 14, 2012, commencing at or

about 2:00 p.m., before Patricia A. Lipski, RPR, CCR, Notary

Public.

— — —

8f5c1169-7e6d-456a-832b-7832dcfb8a38
Exhibit A - Page 1

Oral Deposition of Courtney Douglass

Page 2

1   APPEARANCES:

2        FLITTER LORENZ, P.C.
         BY:   CARY L. FLITTER, ESQUIRE
3        450 North Narberth Avenue
         Narberth, Pennsylvania  19072
4        (610) 822-0789
         Counsel for Plaintiffs
5
         BUSH & RAMIERZ, L.L.C.
6        BY:   ED WALTON, ESQUIRE
         5615 Kirby Drive
7        Suite 900
         Houston, Texas  77005
8        (713) 626-1555
         Counsel for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8f5c1169-7e6d-456a-832b-7832dcfb8a38
Exhibit A - Page 2

Oral Deposition of Courtney Douglass

Page 3

```
 1                       I N D E X
 2    WITNESS                            PAGE
 3    COURTNEY DOUGLASS
 4    By Mr. Walton                      5
 5
 6                    E X H I B I T S
 7    NO.                                PAGE
 8    Exhibit-8      5/16/2011 ER Solutions    ***
                     Letter
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Liberty Litigation Support
Phone:   713-581-8227   Fax:   713-533-8997

Oral Deposition of Courtney Douglass

Page 9

| 1 | A. | I have. |
| 2 | Q. | Did you scan it when you got it? |
| 3 | A. | No. |
| 4 | Q. | At some point in time did you give Exhibit-8 to |
| 5 | | your attorney? |
| 6 | A. | Yes. |
| 7 | Q. | Did you scan Exhibit-8 before you gave it to your |
| 8 | | attorney? |
| 9 | A. | No. |
| 10 | Q. | So you had no idea what the little QR code |
| 11 | | revealed before you gave that letter to your |
| 12 | | attorney? |
| 13 | A. | That's correct. |
| 14 | Q. | What was the purpose of giving Exhibit-8 to your |
| 15 | | attorney? |
| 16 | A. | Because I had came here for another matter, and |
| 17 | | saw on his website where I found him at, Mr. |
| 18 | | Flitter, that he handled also collection, debt, so I |
| 19 | | brought along a few letters that I had. |
| 20 | Q. | What else was Mr. Flitter representing you on? |
| 21 | A. | It was an Apex account. |
| 22 | Q. | That's another debt collector? |
| 23 | A. | Yes. |
| 24 | Q. | And you said you brought Exhibit-8 along with some |
| 25 | | other letters? |

Oral Deposition of Courtney Douglass

Page 11

1      talking about?

2   A.    Correct.

3   Q.    Now, Exhibit-7 is a document that your attorney

4      produced to me.

5   A.    Okay.

6   Q.    Have you ever seen Exhibit-7 before?

7   A.    Yes.

8   Q.    Did you create Exhibit-7?

9   A.    No.

10   Q.    Do you know who did?

11   A.    No.  I mean maybe Mr. Flitter or somebody in his

12      office.  I don't know.

13   Q.    Is it your position that the information on

14      Exhibit-7 reveals the identity of the debt

15      collector?

16   A.    Yes.

17   Q.    Where does it identify the debt collector?

18   A.    It has right here my name, the account

19      information, my address, zip code, and then the

20      amount of debt is there as well.

21   Q.    Where does it identify a debt collector?

22   A.    You mean your --

23   Q.    Any debt collector?

24   A.    Well, no, I'm not -- I don't see a debt collector.

25      I just see my information there.

Oral Deposition of Courtney Douglass

Page 12

1  Q.    So you're not claiming that Exhibit-7 reveals the
2        identity of a debt collector?
3  A.    Can you say that a little bit differently?  Say
4        that again.
5  Q.    Are you claiming that the information on Exhibit-7
6        reveals the identity of a debt collector?
7  A.    The debt collector being myself or the debt
8        collector being ERS Solutions?
9  Q.    Somebody who collects debts.
10  A.    Okay.  No, I don't see any information on here
11        about the debt collector.
12  Q.    Do you claim that the QR code when you read it
13        reveals an account number?
14  A.    I do.
15  Q.    Where is the account number in Exhibit-7?
16  A.    The account number is right here in the middle.
17  Q.    Would you read that for me?
18  A.    Sure.  The account number?
19  Q.    Just the account number, yes, ma'am.
20  A.    76305459.
21  Q.    How do you know that's an account number?
22  A.    Because it matches the numbers on the letter.
23  Q.    And you would have to open the envelope and read
24        the letter to know that, wouldn't you?
25  A.    Yes, I would -- yes, or -- and you can see it also

8f5c1169-7e6d-456a-832b-7832dcfb8a38
Exhibit A - Page 6

Oral Deposition of Courtney Douglass

Page 13

1     right here, above the address.

2  Q.    And that account number is not your account number

3        that you had with T-Mobile, is it?

4  A.    I don't know.  I don't know if it is or not.

5  Q.    Well, look at Exhibit-8, if you would.  You see

6        right here it identifies -- it gives two account

7        numbers, does it not?

8  A.    That's correct.

9  Q.    And one is the ERS account number?

10 A.    That is correct.

11 Q.    And the other one says --

12 A.    Client account number.

13 Q.    You didn't recognize that number, 76305459 as an

14        account number until you opened the letter; is that

15        right?

16 A.    Correct.

17 Q.    And there's no reason anybody else would know what

18        that number is?

19 A.    I can't answer what anybody else, if they would

20        know what that number is.

21 Q.    Well, if you saw someone else's account number, it

22        wouldn't mean anything to you, would it?

23 A.    Maybe not to me, but somebody else it might mean

24        something to.

25 Q.    What would it mean?

Oral Deposition of Courtney Douglass

Page 17

1   Q.      What law do you believe it violates?

2               MR. FLITTER:  Objection.  I think it calls

3           for a legal conclusion.  You can answer over

4           the objection, if you're able to.

5               THE WITNESS:  I don't know what the law

6           is -- what law it's under.

7   BY MR. WALTON:

8   Q.      Do you claim that the QR code reveals an account

9       balance?

10  A.      I do think so, yes.

11  Q.      And what account balance does it reveal?

12  A.      802.04.

13              MR. FLITTER:  You're very soft spoken.

14          Just keep your voice up, please.

15              THE WITNESS:  802.04.

16  BY MR. WALTON:

17  Q.      That number isn't actually 802.04?

18  A.      Yes, it is.  802.04.

19  Q.      Isn't it 241,802.04?

20  A.      That's what it says, but that's the balance amount

21      because it matches the same thing that's on the

22      letter.

23  Q.      But you wouldn't know that until you opened the

24      envelope, would you?

25  A.      I guess.  I guess.  I don't know.  I guess.  I

8f5c1169-7e6d-456a-832b-7832dcfb8a38
Exhibit A - Page 8

Oral Deposition of Courtney Douglass

Page 18

1      wouldn't know that, but you never know what somebody

2      else might know.

3   Q.    Did you know how much T-Mobile claimed you owed

4         them before you opened the letter?

5   A.    No.

6   Q.    So even if you had read the QR code before you

7         opened the letter, you wouldn't have known that was

8         the account balance, would you?

9   A.    I don't believe I would have known that.

10  Q.    If someone else were to look at that, they could

11        read that as $241,802.04, couldn't they?

12              MR. FLITTER:  Objection.  You can answer

13           over the objection.

14              THE WITNESS:  I don't know what somebody

15           would recognize that as.

16  BY MR. WALTON:

17  Q.    Isn't that what that number is 241,802?

18  A.    Yes, but I don't know if somebody would recognize

19        it as that number though.

20  Q.    But you recognize it as that number?

21  A.    Yes.

22  Q.    Now, you allege in your Complaint that my client

23        used unfair and unconscionable collection practices.

24        I just want to make sure, the only thing your

25        lawsuit is about is the use of the QR code?

Oral Deposition of Courtney Douglass

Page 19

1    A.    That's correct.

2    Q.    And so the only thing you're claiming that my

3          client did that's unfair or unconscionable is using

4          the QR code?

5    A.    That is correct.

6    Q.    I assume you received Exhibit-8 at your house?

7    A.    Correct.

8    Q.    Did you get it out of the mailbox or did somebody

9          else?

10   A.    I don't remember.

11   Q.    Did anybody say anything to you about the letter?

12   A.    No.

13   Q.    Is it fair to say you weren't concerned about the

14         QR code until after you had given Exhibit-8 to your

15         attorney?

16   A.    That would be fair.

17   Q.    Did you even know what a QR code was?

18   A.    Yes.

19   Q.    How did you know that?

20   A.    Because they have them everywhere.  They're all

21         over the place, magazines signs.  They're

22         everywhere.

23   Q.    Did you know that you could read that?

24   A.    Yes, well, a lot -- yes.

25   Q.    But you didn't read it before you gave Exhibit-8

8f5c1169-7e6d-456a-832b-7832dcfb8a38
Exhibit A - Page 10

Oral Deposition of Courtney Douglass

Page 23

1        on anybody's letter?

2   A.      No.

3   Q.      The letter, Exhibit-8, is from ER Solutions,

4        Incorporated.

5   A.      Okay.

6   Q.      Is there anything about that name that tells you

7        they're in the business of debt collection?

8   A.      Well, only because I've heard of them in the past

9        I would know, but I don't -- that's just because

10       I've heard of them in the past that they're a

11       collector.

12  Q.      How did you hear of them?

13  A.      A previous collection letter.

14  Q.      So you had heard of them, but there's nothing in

15       their name that tells you they're a debt collector,

16       is there?

17  A.      No.

18  Q.      Do you claim to have been embarrassed by the QR

19       code on your letter?

20  A.      No.

21  Q.      You claim that the QR code reveals a debt?

22  A.      Yes.

23  Q.      And you claim that it reveals an account balance

24       of what?

25  A.      802.04.

8f5c1169-7e6d-456a-832b-7832dcfb8a38
Exhibit A - Page 11

Oral Deposition of Courtney Douglass

Page 24

1  Q.     Is there anything about the information revealed

2         when you read that QR code that indicates the debt

3         is past due or delinquent?

4  A.     No, I don't think.

5  Q.     Do you claim that you've been injured or harmed by

6         anything my client did or didn't do?

7  A.     Not injured, as in quote, fall or a slip, but I do

8         claim that, you know, they have put personal

9         information out there and they have put me in harm's

10        way.

11 Q.     But have you been harmed?

12 A.     Yes.

13 Q.     Tell me how you've been harmed?

14 A.     Because they put out my personal information.  I

15        have yet to know if it's been used.  I don't know if

16        it's been used yet.

17 Q.     To your knowledge have you been harmed?

18 A.     Not to my knowledge.

19 Q.     You haven't spent any money or had to spend any

20        money because of that QR code, have you?

21 A.     No.

22 Q.     What about the information that's revealed by

23        scanning the QR code would harm you?

24              MR. FLITTER:  Would you mind saying that

25          again, or I'll ask her to read it back.

Oral Deposition of Courtney Douglass

Page 25

1    BY MR. WALTON:

2    Q.      I'll ask it again if you want me to.

3            What about the information that's revealed in the QR

4            code would do you arm?

5    A.      Well, having the account information, which I

6            said, and also, you know, just having -- being able

7            to just scan it and be able to get the account

8            information off there, and that is a debt, but just

9            being able to get that information, you should not

10           be able to do it, just the bottom line.

11   Q.      How are you harmed by it?

12   A.      I don't know.

13   Q.      How could you be harmed by it?

14   A.      Easily.  People can steal people's identities all

15           the time.

16   Q.      What in the information on Exhibit-7 would enable

17           anyone to steal your identity?

18   A.      They can use any of those numbers, the account

19           number, my name, the debt amount, any of that.

20   Q.      How could they use the account number to steal

21           your identity?

22   A.      Well, maybe they could get the account information

23           and call up these people, ERS Solutions, act like

24           me, get information.  I don't know how people steal

25           people's identities.

Oral Deposition of Courtney Douglass

Page 26

1    I don't know.  I don't want to assume.  I don't

2    know.

3  Q.    So you can't tell me as we sit here today --

4  A.    I'm not -- I'm sorry.  I apologize.

5              MR. FLITTER:  You want to finish?

6              MR. WALTON:  It's different.

7  BY MR. WALTON:

8  Q.    As you sit here today you don't know any way that

9    anyone could take the account number on Exhibit-7

10    and steal your identity, do you?

11  A.    Because I'm not an identity theft person, I don't

12    know.  That doesn't mean somebody else doesn't know,

13    sir.

14  Q.    Have you ever heard of anyone whose identify was

15    stolen when the thief had nothing other than an

16    account number to go by?

17  A.    No, I've never heard anybody.

18  Q.    Is there any other information on Exhibit-7 that

19    you believe could be used to harm you?

20  A.    Other than the account number and the debt amount,

21    no.  No.

22  Q.    And even if someone knew that numbers referred to

23    an account balance, how would they use an account

24    balance to do you harm?

25  A.    I don't know, sir, what people would do with

Oral Deposition of Courtney Douglass

Page 27

1       people's personal information.  I don't know.  I
2       just know it's put out there for them to use.
3       I don't know what they do when they get it.  I know
4       it's put out there.
5   Q.  Have you ever known of anyone who claimed to have
6       been harmed because someone else knew an account
7       balance without any other information?
8   A.  No.
9   Q.  Is there any other way you claim to have been
10      harmed by anything my client did or did not do?
11  A.  Other than put my personal information out there,
12      no.
13  Q.  You can't tell me a specific type of harm that
14      that has caused you, can you?
15  A.  No.
16  Q.  But you claim that some people could have been
17      harmed by it?
18  A.  Yes.
19  Q.  And if someone was harmed by that, do you think
20      they should be able to recover money for that?
21          MR. FLITTER:  Objection.  Speculative.
22          Foundation.  You can answer, if you're able,
23          over the objection.
24          THE WITNESS:  Can you say your question
25          again, sir?

8f5c1169-7e6d-456a-832b-7832dcfb8a38
Exhibit A - Page 15

Oral Deposition of Courtney Douglass

Page 44

1   Q.     Would it surprise you to know that's not account

2          information?

3   A.     No, nothing surprises me.

4   Q.     But there was nothing in the QR code that shows it

5          referred to a delinquent debt, is there?

6   A.     You mean like wording wise?

7   Q.     Any wise, you claim that the information revealed

8          by the QR code indicates a debt?

9   A.     And it does.

10  Q.     Does it indicate that it's a delinquent debt?

11  A.     No, it just indicates a debt.

12  Q.     Have you ever met Miss Brooks?

13  A.     No.

14              MR. WALTON:  Believe it or not, Cary, I

15          think that's all I've got.

16              MR. FLITTER:  No questions.  Thank you

17          very much.

18                  — — —

19          (Deposition concluded at 3:15 p.m.)

20                  — — —

21

22

23

24

25

8f5c1169-7e6d-456a-832b-7832dcfb8a38
Exhibit A - Page 16