# EXHIBIT "A"



ATERSO01
PO Box 1022
Wixom MI 48393-1022
CHANGE SERVICE REQUESTED



ER Solutions, Inc. 800 SW 39th St.
PO Box 9004 -Renton, WA 98057
Mon-Fri 7AM-7PM PST

Date: 05/16/2011
Creditor: T-Mobile
Client Account #:
ERS Account #: 5459

Principal: $ 802.04
Total Balance: $ 802.04



5459-

Courtney Douglass
228 King St Apt 3
Pottstown PA 19464-5515

Dear Courtney Douglass:

This notice is being sent to you by a collection agency. The records of T-Mobile USA show that your balance of $ 802.04 is due in full for mobile phone service. If payment is received prior to your account being written off, we may be able to offer you the option of re-connecting your mobile phone service at no additional cost.

To resolve your account, please contact our office toll free at 800-903-2319 Ext 2218, or you may also mail your payment to the address shown below.

Sincerely,
Debra Flow, 800-903-2319 Ext 2218
Debt Collector

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

69A1ERSO01R241

Please detach the bottom portion of this letter and return it with your payment in the enclosed envelope

Date: 05/16/2011
Creditor: T-Mobile
Client Account #:
ERS Account #: 5459

Total Balance: $ 802.04
Amount Enclosed: US _____

5459
Courtney Douglass
228 King St Apt 3
Pottstown PA 19464-5515

T-Mobile USA
PO Box 742596
Cincinnati OH 45274-2596

0407926163410510110000796655194645515