IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COURTNEY DOUGLASS,

          Plaintiff,

v.

CONVERGENT OUTSOURCING,

          Defendant.

CIVIL ACTION
NO. 12-1524

## ORDER

**AND NOW**, this 6th day of August 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 36), Plaintiff's Response in Opposition (Doc. No. 52), Defendant's Reply in Further Support of the Motion (Doc. No. 54), the arguments of counsel at the hearing held on May 29, 2013, Plaintiff's Sur-Reply in Further Opposition to the Motion (Doc. No. 60), Defendant's Response to the Sur-Reply in Further Support of the Motion (Doc. No. 61), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

    1.    Defendant's Motion for Summary Judgment (Doc. No. 36) is **GRANTED**.

    2.    Judgment is entered in favor of Defendant.

    3.    Any outstanding motions are **DENIED AS MOOT**.

    4.    The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.